STATE OF NEW JERSEY v. PETER CORCORAN.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GODWIN.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD KIMLEY.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ROWE.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ROWE.

November 15, 1988.

Petition for certification denied.